JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUNA,<br>Plaintiff,<br>v.<br>SOCAL GARDENS CENTER INC., *et al.*,<br>Defendant. | Case No. 2:26-cv-08197-FLA (AJRx)<br>**ORDER DISMISSING ACTION [DKT. 16]** |

On August 20, 2026, Plaintiff Jorge Luna filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 16. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's July 28, 2026 Order to Show Cause (Dkt. 11) is DISCHARGED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: August 21, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge